UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

───────────────────────────────

CHRISTOPHER JOHNSON,

    Plaintiff,

v.

PAUL CHAPPIUS, JR., GREGORY
KELLER, TIMOTHY CARROLL,
MICHAEL RANDALL, EDWARD
WOLF, STEVEN PACIOREK, and
KYLE RAMIREZ,

    Defendants.

20-CV-604 (JLS)

───────────────────────────────

**DECISION AND ORDER**

Plaintiff Christopher Johnson commenced this 42 U.S.C. section 1983 action on May 20, 2020. Dkt. 1. Johnson alleges violations of his constitutional rights under the First, Eighth, and Fourteenth Amendments. *Id.* Presently before the Court is Magistrate Judge Schroeder's November 6, 2023 Report and Recommendation ("R&R")[1] recommending that Defendants' motion for summary judgment, Dkt. 33, be granted in its entirety. *See* Dkt. 49. Johnson objected to the R&R. *See* Dkt. 55. Defendants responded, Dkt. 59, and Johnson replied, Dkt. 61.

A district court may accept, reject, or modify the findings or recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3). A district court must conduct a de novo review of those portions of a magistrate judge's

───────────────

[1] On November 12, 2020, this Court referred the case to United States Magistrate Judge H. Kenneth Schroeder for all proceedings under 28 U.S.C. section 636(b)(1)(A), (B), and (C). *See* Dkt. 8.

recommendation to which a party objects. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3). But neither 28 U.S.C. section 636 nor Federal Rule of Civil Procedure 72 requires a district court to review the recommendation of a magistrate judge to which no objections are raised. *See Thomas v. Arn*, 474 U.S. 140, 149–50 (1985).

This Court carefully reviewed the thorough R&R, the objections briefing, and the relevant record. Based on its *de novo* review, this Court accepts and adopts Judge Schroeder's recommendation to grant Defendants' motion for summary judgment in its entirety.

For the reasons stated above and in Judge Schroeder's R&R, the Court GRANTS Defendants' motion for summary judgment (Dkt. 33). The Clerk of the Court shall close this case.

SO ORDERED.

DATED:   April 5, 2024
         Buffalo, New York

_____
JOHN L. SINATRA, JR.
UNITED STATES DISTRICT JUDGE